AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

NICHOLAS LONESKY, Jr.

**APPEARANCE**

vs.

Case Number: 08-CV-530 (KMK)

UNITED STATES OF AMERICA,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Nicholas Lonesky, Jr.

I certify that I am admitted to practice in this court.

__6/9/08__
Date

Signature

__Scott H. Seskin__    __SS 1636__
Print Name             Bar Number

__110 East 59th Street__
Address

__New York__    __NY__    __10022__
City           State    Zip Code

__(212) 751-0077__    __(212) 355-3936__
Phone Number          Fax Number

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

JOSEPHINE DELGADO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Bronx, New York. On June 9, 2008, deponent served the within Notice of Appearance upon the individuals whose names and addresses are listed below:

Tomoko Onozawa
Assistant U. S. Attorney for the Southern District of New York
U.S. Department of Justice
86 Chambers Street, Third Floor
New York, NY 10007

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper for each of them in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
JOSEPHINE DELGADO

Sworn to before me, this 9th
day of June, 2008

_____
SCOTT H. SESKIN
Notary Public, State of New York
No. 31-4961313
Qualified in New York County
Commission Expires February 5, 2010