```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS LONESKY,

                    Plaintiff,

-v-

UNITED STATES of AMERICA,

                    Defendant.

Case No. 08-CV-530 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For reasons set forth in the Government's June 18, 2008 letter, the Court adopts the following amended scheduling order with respect to the Government's motion to dismiss:

    The movant shall serve its motion to dismiss upon opposing counsel by no later than August 18, 2008. The respondent shall serve opposition papers upon opposing counsel by no later than September 19, 2008. Reply papers shall be served upon opposing counsel by no later than October 3, 2008. Sur-reply papers will not be accepted unless prior permission of the Court is given. The Parties are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    The movant shall electronically file its motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served upon all counsel by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument. Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

SO ORDERED.

Dated:     June 24, 2008
            White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE